```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 08052
   MICHAEL ROBINSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9327


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 05/02/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/10/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED            1194.00            .00          360.00
WELLS FARGO HOME MORTGAG   CURRENT MORTG          .00            .00             .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE          .00            .00             .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC          .00            .00             .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC      1891.06            .00          510.00
AMERICASH LOANS LLC        UNSECURED         1801.90            .00             .00
BROTHER LOAN & FINANCE     UNSECURED          958.55            .00             .00
CAPITAL ONE                UNSECURED          657.04            .00             .00
CAPITAL ONE                NOTICE ONLY     NOT FILED            .00             .00
CAPITAL ONE                NOTICE ONLY     NOT FILED            .00             .00
PREMIER BANKCARD           UNSECURED          365.37            .00             .00
FIRST PREMIER BANK         NOTICE ONLY     NOT FILED            .00             .00
ILLINOIS LENDING GROUP     UNSECURED          952.88            .00             .00
ILLINOIS LENSING GROUP     UNSECURED          473.04            .00             .00
LEGACY VISA                UNSECURED        NOT FILED            .00             .00
LEGACY VISA                NOTICE ONLY     NOT FILED            .00             .00
MERRICK BANK               UNSECURED          935.89            .00             .00
NICOR GAS                  UNSECURED          650.88            .00             .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY     NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED          343.67            .00             .00
JOSEPH WROBEL              DEBTOR ATTY       2,700.00                         248.69
TOM VAUGHN                 TRUSTEE                                             81.31
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   1,200.00

PRIORITY                                         .00
SECURED                                       870.00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08052 MICHAEL ROBINSON
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                    248.69
TRUSTEE COMPENSATION                                               81.31
DEBTOR REFUND                                                        .00
                                      ---------------     ---------------
TOTALS                                       1,200.00            1,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```